BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00019-KJN |
| Plaintiff, | ORDER VACATING INITIAL APPEARANCE AND SETTING AN ARRAIGNMENT, CHANGE OF PLEA, AND SENTENCING |
| v. | |
| ADAM D. GOICOA, | |
| Defendant. | Date: February 13, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby ordered that the initial appearance set for February 13, 2013, at 2:00 p.m., is VACATED. It is further ordered that an initial appearance and change of plea is set for February 20, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 31, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE